[   ] AMENDED

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

_____

In re:          **(1)**                                                                    Case No.

           **(2)**

**Debtor(s).**                                                                             **Chapter 13**

_____

## CHAPTER 13 PLAN
_____

**ADDRESS:**  (1) _____          (2)_____

            _____          _____

**PLAN PAYMENT:**

    **DEBTOR (1)** shall pay $_____  (  ) weekly, (  ) every two weeks, (  ) semi-monthly, or (  ) monthly, by:

      **(  ) PAYROLL DEDUCTION** from:  _____          **OR   (  ) DIRECT PAY**.
                             _____
                             _____

    **DEBTOR (2)** shall pay $ _____  (  ) weekly, (  ) every two weeks, (  ) semi-monthly, or (  ) monthly, by:

      **(  ) PAYROLL DEDUCTION** from:  _____          **OR   (  ) DIRECT PAY**.
                             _____
                             _____

1.  **THIS PLAN [Rule 3015.1 Notice]:**

    **(A) CONTAINS A NON-STANDARD PROVISION.  [See plan provision #19]**          (  ) **YES**  (  ) **NO**

    **(B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF THE**          (  ) **YES**  (  ) **NO**
    **COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]**

    **(C) AVOIDS A SECURITY INTEREST OR LIEN.  [See plan provision #12].**          (  ) **YES**  (  ) **NO**

2.  **ADMINISTRATIVE EXPENSES:**  Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

3.  **AUTO INSURANCE: (  )** Included in Plan; **OR (  )** Not included in Plan; Debtor(s) to provide proof of insurance at §341meeting.

4.  **DOMESTIC SUPPORT:**  Paid by:  (  ) Debtor(s) directly, (  ) Wage Assignment, **OR** (  ) Trustee to:          <u>Monthly Plan Payment:</u>

    _____; ongoing payment begins _____          $ _____
            Approximate arrearage: _____          $ _____
    _____; ongoing payment begins _____          $ _____
            Approximate arrearage: _____          $ _____

5.  **PRIORITY CLAIMS:**
    _____  Amount: _____          $ _____
    _____  Amount: _____          $ _____

6.  **HOME MORTGAGE CLAIMS:  (  )** Paid directly by Debtor(s); **OR (  )** Paid by Trustee to:

    _____; ongoing payment begins _____          $ _____
            Approximate arrearage: _____ Interest _____%          $ _____
    _____; ongoing payment begins _____          $ _____
            Approximate arrearage: _____ Interest _____%          $ _____

7.  **SECURED CLAIMS:**
    [Retain lien 11 U.S.C. §1325 (a)(5)]          <u>Value of Collateral:</u>          <u>Rate of Interest:</u>          <u>Monthly Plan Payment:</u>

| | | | |
|---|---|---|---|
| _____ | _____ | _____% | $ _____ |
| _____ | _____ | _____% | $ _____ |
| _____ | _____ | _____% | $ _____ |

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325(a)]                    Value of Collateral:          Rate of Interest:          Monthly Plan Payment:

_____     _____     _____%     $ _____
_____     _____     _____%     $ _____
_____     _____     _____%     $ _____

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

_____   Collateral: _____
_____   Collateral: _____

10. **SPECIAL CLASS UNSECURED CLAIMS:**

                                                                Amount:                  Rate of Interest:          Monthly Plan Payment:

_____     _____     _____%     $ _____
_____     _____     _____%     $ _____
_____     _____     _____%     $ _____

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

_____     ( )    Not provided for   **OR** ( )   General unsecured creditor
_____     ( )    Not provided for   **OR** ( )   General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

_____
_____

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: _____.**

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

( ) _____%,  **OR,**

( ) **THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.**

16. **THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

_____     ( ) Assumes   **OR**   ( ) Rejects.
_____     ( ) Assumes   **OR**   ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above, approximately _____ months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

19. **NON-STANDARD PROVISION(S):**

_____
_____
_____.

**ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

_____ **DATE:** _____.
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**